UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>JASON C. YOUKER, a/k/a Jason C. Dunkin,<br><br>              Defendant. | No. CR-07-108-RHW<br><br>ORDER DENYING DEFENDANT'S MOTION TO RECONSIDER |

At the August 22, 2007, hearing on Defendant's Motion to Reconsider, Assistant U.S. Attorney Robert A. Ellis appeared for the United States. Defendant was present with Assistant Federal Defender Robert Fischer. The Motion was taken under advisement and Pretrial Services was directed to prepare a supplemental report regarding the Defendant's proposed residence plan.

The Supplemental Pretrial Services Report reflects, however, that Ms. Darco states she no longer wishes to offer her residence as a release address for Defendant. The Motion to Reconsider **(Ct. Rec. 17)** is **DENIED.**

**IT IS SO ORDERED.**

DATED August 28, 2007.

                              S/ CYNTHIA IMBROGNO
                        UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION TO RECONSIDER - 1