UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-108-RHW |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO MODIFY, DENYING AS MOOT MOTION TO EXPEDITE, AND MODIFYING CONDITIONS OF RELEASE |
| JASON C. YOUKER, | |
| Defendant. | |

At the September 27, 2007, hearing on Defendant's Motion to Modify, Assistant Federal Defender Robert Fischer appeared with Defendant; Assistant U.S. Attorney George Jacobs represented the United States.

The United States withdrew its opposition to the Motion to modify. Defendant may travel to the extent necessary to service his lawful business route pending trial. Accordingly,

**IT IS ORDERED:**

1. The Defendant's Motion to Expedite **(Ct. Rec. 39)** is **DENIED as moot**.

2. The Defendant's unopposed Motion to Modify **(Ct. Rec. 38)** is **GRANTED.**

DATED September 27, 2007.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY, DENYING AS MOOT MOTION TO EXPEDITE AND MODIFYING CONDITIONS OF RELEASE - 1